In the Matter of ROBERT SANTAGATA, Appellant, v LORI CURRIER WOODS, Respondent.

Decided September 17, 2009

Appeal transferred, without costs, by the Court of Appeals, sua sponte, to the Appellate Division, Second Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision

are involved (NY Const, art VI, § 3 [b] [2]; § 5 [b]; CPLR 5601 [b] [2]).